UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and BELDEN GRANADA, Revenue Officer,<br><br>           Petitioners,<br>v.<br><br>CHRISTOPHER C. JOAQUIN,<br><br>           Respondent. | Case No.: 11-CV-02085-LHK<br><br>ORDER GRANTING VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS |

This matter is before the Court on an Order to Show Cause why Respondent Christopher C. Joaquin should not be ordered to comply with the summons issued by the Internal Revenue Service (IRS). Respondent did not respond in writing to the Court's Order to Show Cause, but appeared at the hearing held on June 23, 2011. At the hearing, the parties reported that they had conferred and stipulated that Respondent would comply with the summons by August 31, 2011. Respondent stated that he did not wish to challenge the summons at this time.

Accordingly, the Court hereby GRANTS Petitioner's Verified Petition to enforce the IRS summons issued to Respondent. As discussed at the hearing, the Court ORDERS Respondent Christopher Joaquin to appear before Revenue Officer Belden Granada, or any other designated agent, on **August 31, 2011 at 2:00 p.m.**, at the Offices of the Internal Revenue Service located at **55 South Market Street, San Jose, CA 95113** to provide testimony and produce the documents and records requested by Petitioners.

1

Case No.: 11-CV-02085-LHK
ORDER GRANTING VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

1    Petitioners shall serve this Order on Respondent on or before June 30, 2011, and file proof of service with the Court.

**IT IS SO ORDERED.**

Dated: June 23, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-02085-LHK
ORDER GRANTING VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS