UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and BELDEN GRANADA, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>CHRISTOPHER C. JOAQUIN,<br><br>Respondent. | No. 11-cv-02085-LHK<br><br>[~~Proposed~~] ORDER TO SHOW CAUSE RE: CONTEMPT<br><br>AS MODIFIED |

Good cause having been shown by the United States upon its Application For Entry of Order To Show Cause Re: Contempt, it is hereby

**ORDERED** that respondent appear in person before this Court on the  7th  day of  December , 2011, at  2:  00 p.m., in Courtroom No. 8, 5th Floor, United States Courthouse, 280 South First Street, San Jose, California, and then and there show cause, if he has any, why he should not be held in contempt for his failure to comply with the Order Granting Verified Petition to Enforce Internal Revenue Service Summons filed June 23, 2011; and it is further

**ORDERED** that a copy of this Order to Show Cause Re: Contempt be served upon said respondent in accordance with Rule 5 of the Federal Rules of Civil Procedures at least thirty-five (35) days before the return date of this Order above specified; and it is further

//

1  **ORDERED** that within twenty-eight (28) days before the return date of this Order, the
2  respondent may file and serve a written response to the Order To Show Cause Re: Contempt,
3  supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Subsection
4  1746, as well as any motions he desires to make; that the petitioner may file and serve a written
5  reply to such response, if any, within fourteen (14) days before the return date of this Order; that
6  all motions and issues raised by the pleadings will be considered on the return date of this Order,
7  and only those issues raised by motion or brought into controversy by the responsive pleadings
8  and supported by affidavit(s) or declaration(s) will be considered at the return of this Order.

9  **ORDERED** this   27th  day of          September         , 2011, at San Jose,
10 California.

11 It is further **ORDERED** that the Case Management Conference set for September 28,
12 2011, is VACATED.

14 **IT IS SO ORDERED.**

*Lucy H. Koh*
Lucy H. Koh
United States District Court

ORDER TO SHOW CAUSE RE:
CONTEMPT (No. C-11-02085- LHK)          2

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, Lucy H. Koh, Judge Lucy H. Koh]